FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 07 2020

JAMES W. McCORMACK, CLERK
By: ______ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:20-CR-00 119 KGB |
| | ) | |
| PATRICK SULLIVAN | ) | 18 U.S.C. § 1791(a)(2) |

**MISDEMEANOR INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1

On or about July 08, 2019, in the Eastern District of Arkansas, the defendant,

PATRICK SULLIVAN,

being an inmate of a prison, namely, the Federal Correctional Complex in Forrest City, Arkansas, did possess and obtain a prohibited object, to wit: a phone or other device used by a user of a commercial mobile service, as defined by Title 47, United States Code, Section 332(d), in connection with such service, in violation of Title 18, United States Code, Section 1791(a)(2).

CODY HILAND
UNITED STATES ATTORNEY

JORDAN C. CREWS
Assistant U. S. Attorney
Bar No. 2007299
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: jordan.crews@usdoj.gov