**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **Case No. 2:20-cr-00119 KGB**

**PATRICK SULLIVAN** **DEFENDANT**

**ORDER**

Before the Court is the United States' motion to dismiss information without prejudice now pending against defendant Patrick Sullivan (Dkt. No. 17). The Court grants the United States' motion to dismiss information without prejudice (Dkt. No. 17), and the Court dismisses the information now pending against Mr. Sullivan.

It is so ordered this 23rd day of May 2022.

Kristine G. Baker

Kristine G. Baker
United States District Judge